IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30380
Summary Calendar

_____

UNITED STATES OF AMERICA,,

                                        Plaintiff-Appellee,

versus

MANUEL FLORES,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 89-CR-220-N
- - - - - - - - - - -
March 10, 1998

Before JOLLY, BENAVIDES and PARKER, Circuit Judges.

PER CURIAM:[*]

   Manuel Flores, federal prisoner #02184-095, appeals from the

district court's denial of his motion for reduction of sentence

pursuant to 18 U.S.C. § 3582(c)(2).  He argues that he is

entitled to a reduction in his sentence based upon two

retroactive amendments, 371 and 484, to the U.S. Sentencing

Guidelines.  We have reviewed the record and find no reversible

error.  Accordingly, the judgment is AFFIRMED for essentially the

_____

   [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

reasons stated by the district court.  See United States v. Flores, No. 89-220 (E.D. La. March 21, 1997).